# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MIKE SERNA,

    Plaintiff,

v.                                                                                         No 1:22-cv-00852-DHU-JMR

BBVA USA, a/k/a
BBVA COMPASS BANK, a/k/a
PNC BANK,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**